**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Phillip Cordell WILLIAMS,
Defendant–Appellant.**

**No. 01–6911.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 28, 2001.

Phillip Cordell Williams, Pro Se. William Neil Hammerstrom, Jr., Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Phillip Cordell Williams appeals the district court's order denying his motion filed

under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Williams,* Nos. CR–99–360; CA–01–478–A (E.D.Va. Apr. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*